UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GAS POS, INC., | ) | 26-00362-DSC11 |
| | ) | Chapter 11 |
| DEBTOR. | ) | |

**BANKRUPTCY ADMINISTRATOR'S**
**MOTION TO DISMISS**

Comes now the United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel, and moves this Honorable Court for an Order dismissing the above-styled case. In support thereof the BA states as follows:

1. The BA has standing to bring this motion pursuant to 11 U.S.C. § 307.

2. This motion is brought pursuant to 11 U.S.C. § 1112.

3. This case was filed on February 2, 2026.

4. An Operating Order was entered on February 4, 2026 (Doc. 5). As of the filing of this Motion, there has been no motion to alter, amend and/or vacate such Order filed. The BA avers that the Debtor is in material default of the Operating Order as set forth herein below constituting cause for dismissal.

5. **Operating Reports**: Based upon the undersigned's review of the Court's docket in this case, the BA avers that the March 2026 operating report is delinquent.

6. **Quarterly Fees**: Based upon the undersigned's review of the Court's docket in this case, the BA avers that quarterly fees for the quarter ending March 31, 2026 are delinquent.

7. **Bank Account**: Based upon the undersigned's review of the Court's docket in this case, the BA avers that the Debtor is not in compliance with the required opening of a new bank account and filing the signature card and copy of a voided check with the Court.

8. **Tax Returns**: In addition to the above defaults under the terms of the Operating Order, based upon the undersigned's review of the Proof of Claim of the Internal Revenue Service filed as Claim 3-1, it appears that the Debtor has failed to file tax returns for multiple years.

9. The lack of information and documents could potentially put creditors at risk.

**WHEREFORE**, these premises considered, the BA moves this Honorable Court to enter an Order dismissing the case, and for such other, further or different relief as may be appropriate.

Respectfully submitted May 4, 2026.

J. THOMAS CORBETT
BANKRUPTCY ADMINISTRATOR FOR THE
NORTHERN DISTRICT OF ALABAMA

BY: ***/s/ Rachel L. Webber***
Rachel L. Webber
Assistant U.S. Bankruptcy Administrator

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
2005 University Blvd., Suite 1300
Tuscaloosa, Alabama 35401
Telephone: (205) 561-1695
rachel_webber@alnba.uscourts.gov

CERTIFICATE OF SERVICE

This is to certify that on May 4, 2026 I served a copy of the foregoing Motion to Dismiss on the below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with the Court's Administrative Procedures.

R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203
***Service provided via e-mail/CM/ECF to:***
swilliams@rumberger.com

Frederick Darrell Clarke, III
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203
***Service provided via e-mail/CM/ECF to:***
fclarke@rumberger.com

BY: ***/s/ Rachel L. Webber***
Rachel L. Webber