**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **BANKRUPTCY CASE NO.** |
| | ) | |
| **GAS POS, INC.** | ) | **26-00362-DSC11** |
| | ) | |
| **DEBTOR.** | ) | **CHAPTER 11** |

**BANKRUPTCY ADMINISTRATOR'S MOTION FOR A**
**DATE CERTAIN BY WHICH TO FILE A PLAN AND DISCLOSURE STATEMENT**

**COMES NOW** J. Thomas Corbett, United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel of record, and hereby files this Motion for a Date Certain by Which to File a Plan and Disclosure Statement under 11 U.S.C. § 105(d)(2). In support thereof, the BA states as follows:

1. The above-styled case was filed on February 2, 2026. An Operating Order (Doc. 5) was entered on February 4, 2026.

2. Paragraph N of the Operating Order requires the following:

> On or before 120 days after the commencement of this case, the Debtor-in-Possession shall file a plan and disclosure statement. If the Debtor does not file these documents within 120 days, it shall file on or before the 120th day a report to the Court explaining why a plan and disclosure statement have not been filed and shall describe what preparations are being undertaken to file those documents and shall specify a date when the plan and disclosure statement will be filed.

3. The Debtor has not filed a plan and disclosure statement, nor has the Debtor filed a report as required by the Operating Order. Such failure constitutes a material default of the Operating Order.

4. The Debtor is continuing to operate. Further delay without a plan and disclosure statement to bring the case to resolution is unreasonable and is not in the best interest of the estate and creditors.

5. The BA requests the Court set a deadline of 60 days from the date of this filing for the Debtor to file a plan and disclosure statement.

**WHEREFORE, PREMISES CONSIDERED,** the BA requests this Court enter an order setting a date certain by which the Debtor must file a plan and disclosure statement in the above-styled case.

Respectfully submitted this the 26th day of August 2026.

*/s/ Robert J. Landry, III*
Assistant U.S. Bankruptcy Administrator
Bar ID No. ASB-3091-L55R
robert_landry@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
1100 Gurnee Avenue
Anniston, Alabama 36201
(256) 741-1540

## CERTIFICATE OF SERVICE

This is to certify that on August 26, 2026 I served a copy of the foregoing Motion on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with the Court's Administrative Procedures.

Frederick Darrell Clarke, III
Email: fclarke@rumberger.com

R. Scott Williams
Email: swilliams@rumberger.com

*/s/ Robert J. Landry, III*