# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. **YES X NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.**

   **YES X NO____ All post petition individual taxes have been paid and the deposit slips are attached.**

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | | $ |
   | | $ |
   | | $ |
   | | $ |

2. **YES X NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

   **If no, enter: TYPE________________not in force.**

   **TYPE________________not in force.**

3. **YES X NO____ New books and records were opened and are being maintained daily.**

4. **YES X NO____ Copies of all banks statements and reconciliations are attached .**

5. **YES___ NO X I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. **YES X NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026 /s/Joshua Smith

RESPONSIBLE PARTY

Phone No.________________

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

**Attach Business Forms BA-02(A-D)**
## BUSINESS DEBTOR'S

### CASH RECEIPTS & DISBURSEMENTS

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

| | | |
|---|---|---|
| A. | CASH ON HAND (Beginning) | 168,314.25 |
| B. | RECEIPTS: | |
| | Accounts Receivable from Form BA-02(A)-Line II(C) | |
| | Cash Sales | 141,069.14 |
| | Loan Proceeds from | |
| | Sale of Property (Not in ordinary course of business) | |
| | Other | |
| | | |
| C. | TOTAL RECEIPTS (Total of B) | 141,069.14 |
| D. | BUSINESS DISBURSEMENTS FROM FORM BA-02(B) | $ 259,008.82 |
| E. | SURPLUS OR DEFICIT (C minus D) | $ -117,939.82 |
| F. | CASH ON HAND (End) (A plus E) | $ 55628.51 |

### INCOME STATEMENT

-Accrual **(Circle One)** -Cash

| | | |
|---|---|---|
| 1. | REVENUE FROM TOTAL SALES | $ 141,069.14 |
| 2. | LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | 259,008.82 |
| 3. | EQUALS GROSS PROFIT (1 minus 2) | |
| 4. | LESS OPERATING EXPENSES | |
| 5. | EQUALS NET PROFIT OPERATIONS (3 minus 4) | -117,939.82 |
| 6. | NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
| | | |
| | | |
| | | |
| 7. | EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | $ -117,939.82 |

**** Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A. Amount collected this month on accounts receivable charged and paid this month. $________

B. Amount collected this month on accounts receivable charged in prior months and paid this month. $________

C. TOTAL collected this month on accounts receivable. $________

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | 373,223.77 | | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | | $ 0 |
| ADVERTISING | | 0 |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | 0 |
| COMMISSIONS/CONTRACT LABOR | | 0 |
| INSURANCE (TOTAL) | | 0 |
| AUTO | $ | |
| LIABILITY | | |
| LIFE | | |
| MEDICAL | | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER ______ | | |
| INTEREST PAID | | 0 |
| INVENTORY PURCHASED | | 0 |
| LEGAL FEES | | |
| POSTAGE | | 0 |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 0 |
| REPAIRS & MAINTENANCE | | 0 |
| SALARIES/WAGES PAID | | 159,962.44 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | 0 |
| OFFICE | $ | |
| OPERATING | | |
| TRAVEL & ENTERTAINMENT | | 0 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 99,046.38 |
| UNSECURED LOAN PAYMENTS | | 0 |
| UTILITIES (TOTAL) | | |
| ELECTRICITY | $ | |
| GAS | | |
| TELEPHONE | | |
| WATER | | |
| OTHER ______ | | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | | $ |
| **TOTAL BUSINESS DISBURSEMENTS** | | **$** 259,008.82 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ***ALL SECURED CREDITORS MUST BE LISTED BELOW***

1._______Secured loan payments as described below have been paid this month (Check, if true.)

2.__X___No secured loan payments have been paid during this month. (Check, if true.)

3._______The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| BMT Capital Group | AR | NA | | | 700,000 |
| Ceader Advance, LLC | AR | NA | | | 2,595,500 |
| Quiq Income Fund, LLC | Blanket Lien | NA | | | 8,282,350.36 |
| Southpoint Bank | Equipment + other | NA | | | 21,000,000.00 |
| Krowten GP, LLC | all assetts | NA | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S TAX PAYMENTS

**A. WITHHELD TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 6-1 | 79,981.22 | 14,149.59 | 14,149.59 | | |
| 6-16 | 79,981.22 | 14,149.59 | 14,149.59 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

**C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)**

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Union Bank | 51729 | $55,628.51 | | Pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL

(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1 (Name) Joshua Smith $ 18,750

Officer #2 (Name) ______ $ ______

Other Officer (Name) ______ $ ______

Employees (Number) 12 $ 134,921.26

Employees (Relatives) 1 $ 11,874.99

Name ______ $ ______

Name ______ $ ______

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST) $ ______

Inventory - Purchased this Month - CASH $ ______

Inventory - Purchased this Month - CREDIT $ ______

Inventory - End of Month (COST) $ ______

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X A. No payments on pre-petition debts have been made this month.

___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 8/5/2026

/s/Joshua Smith

RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__×__ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

______ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

**File for Each Quarter**

## BUSINESS DEBTOR'S BALANCE SHEET

**I. ASSETS**

| | | | |
|---|---|---|---|
| **Current:** | **Cash** | | $ |
| | **Inventory** | | $ |
| | **Accounts Receivable** | | $ |
| | **Other** | | $ |
| | **Total Current Assets** | **(a)** | $ |
| **Fixed:** | **Property & Equipment** | | $ |
| | **Accumulated Depreciation** | | $ < > |
| | **Other** | | $ |
| | **Total Fixed Assets** | **(b)** | $ |
| **Total Assets** | | **(a + b) = (c)** | $ |

**II. LIABILITIES**

| | | | |
|---|---|---|---|
| **Current:** | **Post Chapter 11 Payables** | | $ |
| | **Taxes Payable** | | $ |
| | **Accrued Professional Fees** | | $ |
| | **Accrued Expenses** | | $ |
| | **Notes Payable** | | $ |
| | **Current Portion Long Term Debt** | | $ |
| | **Other** | | $ |
| | **Total Current Liabilities** | **(d)** | $ |
| **Long Term Debt:** | **Pre-Chapter 11 Payables** | | $ |
| | **Notes & Loans Payable** | | $ |
| | **Less Current Portion** | | $ < > |
| | **Other** | | $ |
| | **Total Long Term Debt** | **(e)** | $ |
| **Total Liabilities** | | **(d + e) = (f)** | $ |

**STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH**

| | | | |
|---|---|---|---|
| | **Capital Stock** | **(g)** | $ |
| | **Retained Earnings (Deficit)** | **(h)** | $ |
| | **Current Surplus (Deficit)** | **(i)** | $ |
| **Total Liabilities & Stockholder Equity/Net Worth** | | **(f) + (g) + (h) + (i)** | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Gas POS, Inc. **CASE NO. :** 26-00362-DSC **MONTH ENDING:** June 2026

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

# BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | | |
|---|---|---|---|
| TOTAL REVENUE (SALES) | | (a) | $ |
| Cost of Sales: | | | |
| Materials | $ | | |
| Labor | $ | | |
| Purchased Services | $ | | |
| Total Cost of Sales | | (b) | $ |
| Gross Profit | | (a - b) = (c) | $ |
| OPERATING EXPENSES | | | |
| Management Salary | | | $ |
| Other Salary Expense | | | $ |
| Payroll Expenses | | | $ |
| Outside Services & Contractors | | | $ |
| Supplies (office & operating) | | | $ |
| Repairs & Maintenance | | | $ |
| Advertising | | | $ |
| Auto Expense | | | $ |
| Delivery | | | $ |
| Accounting & Legal | | | $ |
| Rent | | | $ |
| Telephone | | | $ |
| Travel & Entertainment | | | $ |
| Utilities | | | $ |
| Insurance | | | $ |
| Taxes real estate, property, etc.) | | | $ |
| Interest | | | $ |
| Depreciation | | | $ |
| Other Operating Expenses (describe) | | | $ |
| | | | $ |
| | | | $ |
| Total Operating Expenses: | | (d) | $ |
| Net Profit/(Loss) from Operations | | (c - d)=(e) | $ |
| Non-Operating Income/Expenses | $ | | |
| | $ | | |
| | $ | | |
| Total | | (f) | $ |
| Net Profit/(Loss) | | (e - f) | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/5/2026

/s/Joshua Smith
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

Union Bank
Member FDIC
www.unionbnk.com
870-460-6400

**Account Number:** *1729
**Statement Date:** 06/30/26


**GAS POS INC**
**419 N MAIN ST SUITE 200**
**NORTH LITTLE ROCK AR 72114**

## Important Message!

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed; you may review our policy and practices with respect to your personal information on our website or by using the link below https://www.unionbnk.com/Disclosures/Privacy-Policy
We will mail you a free copy upon request, call us at 870-460-6400 if you would like to receive a mailed copy.

## Relationship Summary

| Account Type | Balance |
|---|---|
| CHECKING | 55,628.51 |

# BUSINESS TWO

GAS POS INC

**Account Number:** *1729

## Balance Summary

| | | | |
|---|---|---|---|
| **Beginning Balance as of** | 05/30/2026 | | **168,314.25** |
| + Deposits and Credits | | 11 | 141,069.14 |
| - Withdrawals and Debits | | 83 | 253,754.88 |
| **Ending Balance as of** | 06/30/2026 | | **55,628.51** |
| Services Charges for Period | | | 2.00 |

## Transactions

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| 6/01 | GAS POS/RALPH WIRE FEE | | 20.00 |
| 6/01 | GAS POS/NEMECHECK WIRE FEE | | 20.00 |
| 6/01 | GAS POS/ALASSAD WIRE FEE | | 20.00 |
| 6/01 | GAS POS/RED WIRE FEE | | 20.00 |
| 6/01 | GAS POS/SMITH WIRE FEE | | 20.00 |
| 6/01 | GAS POS/SMITH WIRE FEE | | 20.00 |
| 6/01 | GAS POS/B MOSLEY WIRE FEE | | 20.00 |
| 6/01 | GAS POS/BRUSENSKI WIRE FEE | | 20.00 |
| 6/01 | GAS POS/ALLEN WIRE FEE | | 20.00 |
| 6/01 | GAS POS/ZHOU WIRE FEE | | 20.00 |
| 6/01 | GAS POS/T MOSLEY WIRE FEE | | 20.00 |
| 6/01 | GAS POS/SHELTON WIRE FEE | | 20.00 |
| 6/01 | GAS POS/CAMPBELL WIRE FEE | | 20.00 |
| 6/01 | GAS POS/SMITH WIRE FEE | | 20.00 |
| 6/01 | GAS POS/B MOSLEY WIRE | | 1,100.00 |

Union Bank
Member FDIC
www.unionbnk.com
870-460-6400

**Account Number:** *1729
**Statement Date:** 06/30/26


## Transactions

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| 6/01 | GAS POS/CAMPBELL WIRE | | 1,576.16 |
| 6/01 | GAS POS/BRUSENSKI WIRE | | 1,586.69 |
| 6/01 | GAS POS/RED WIRE | | 1,976.50 |
| 6/01 | GAS POS/ZHOU WIRE | | 2,042.31 |
| 6/01 | GAS POS/ZIMBO WIRE | | 2,659.72 |
| 6/01 | GAS POS/SMITH WIRE | | 2,866.10 |
| 6/01 | GAS POS/T MOSLEY WIRE | | 3,013.34 |
| 6/01 | GAS POS/NEMECHECK WIRE | | 4,060.70 |
| 6/01 | GAS POS/ALLEN WIRE | | 4,200.79 |
| 6/01 | GAS POS/ALASSAD WIRE | | 4,346.96 |
| 6/01 | GAS POS/SHELTON WIRE | | 4,487.28 |
| 6/01 | GAS POS/RALPH WIRE | | 5,357.26 |
| 6/01 | GAS POS/SMITH WIRE | | 15,000.00 |
| 6/03 | MERCHANT BNKCD/DEPOSIT GAS POS INC | | 2,059.07 |
| 6/08 | HOME OIL COMPANY/ACH INV#016344, 016342, 016341 & 016343 GAS POS INC | 1,124.20 | |
| 6/10 | PRINCE OIL COMPA/VENDPMT GAS POS, INC | 1,407.86 | |
| 6/10 | CENTRAL ARKANSAS/BILL_PAY GAS POS--EFT | 4,548.00 | |
| 6/12 | THE 115 TRUCK ST/VENDPMT Gas Pos, Inc. | 259.00 | |
| 6/12 | MERCHANT BNKCD/DEPOSIT GAS POS INC | 558.00 | |
| 6/15 | HAMMER-WILLIAMS/VENDPMT GAS POS INC | 279.00 | |
| 6/15 | FOLK OIL COMPANY/VENDPMT Gas Pos, Inc. | 518.00 | |
| 6/16 | GAS POS/RALPH WIRE FEE | | 20.00 |
| 6/16 | GAS POS/NEMECHECK WIRE FEE | | 20.00 |
| 6/16 | GAS POS/ALASSAD WIRE FEE | | 20.00 |
| 6/16 | GAS POS/NEMECHECK WIRE | | 4,060.70 |
| 6/16 | GAS POS/ALASSAD WIRE | | 4,346.96 |
| 6/16 | GAS POS/RALPH WIRE | | 5,357.26 |
| 6/16 | GAS POS/BRUSENSKI WIRE FEE | | 20.00 |
| 6/16 | GAS POS/ALLEN WIRE FEE | | 20.00 |
| 6/16 | GAS POS/ZHOU WIRE FEE | | 20.00 |
| 6/16 | GAS POS/MOSLEY WIRE FEE | | 20.00 |
| 6/16 | GAS POS/SHELTON WIRE FEE | | 20.00 |
| 6/16 | GAS POS/CAMPBELL WIRE FEE | | 20.00 |
| 6/16 | GAS POS/A SMITH WIRE FEE | | 20.00 |
| 6/16 | GAS POS/RED WIRE FEE | | 20.00 |
| 6/16 | GAS POS/M SMITH WIRE FEE | | 20.00 |
| 6/16 | GAS POS/ZIMBO WIRE FEE | | 20.00 |
| 6/16 | GAS POS/CAMPBELL WIRE | | 1,576.16 |
| 6/16 | GAS POS/BRUSENSKI WIRE | | 1,586.69 |
| 6/16 | GAS POS/RED WIRE | | 1,976.50 |
| 6/16 | GAS POS/ZHOU WIRE | | 2,042.31 |
| 6/16 | GAS POS/ZIMBO WIRE | | 2,659.72 |
| 6/16 | GAS POS/M SMITH WIRE | | 2,866.10 |
| 6/16 | GAS POS/MOSLEY WIRE | | 3,013.34 |
| 6/16 | GAS POS/ALLEN WIRE | | 4,200.79 |
| 6/16 | GAS POS/SHELTON WIRE | | 4,487.28 |
| 6/16 | GAS POS/A SMITH WIRE | | 10,208.00 |

## Transactions

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| 6/17 | PRINCE OIL COMPA/VENDPMT GAS POS, INC | 4,535.36 | |
| 6/17 | GAS POS/SHELTON WIRE ARVEST FEE | | 20.00 |
| 6/17 | CHECK #0 | | 2,065.00 |
| 6/18 | MERCHANT BNKCD/DEPOSIT GAS POS INC | 636.00 | |
| 6/18 | FISERV SOLUTIONS/ACH CREDIT RMR*OI*COM2606121044942**127089.64*12 9.64*0.00\ JOSHUA SMITH | 127,089.64 | |
| 6/25 | Worldpay, LLC/AP PAYMENT GAS POS INC | 114.08 | |
| 6/29 | GAS POS/ B MOSLEY WIRE FEE | | 20.00 |
| 6/29 | GAS POS/B MOSLEY WIRE | | 1,100.00 |
| 6/29 | GAS POS/K RALPH WIRE FEE | | 20.00 |
| 6/29 | GAS POS/N NEMECHECK WIRE FEE | | 20.00 |
| 6/29 | GAS POS/M ALASSAD WIRE FEE | | 20.00 |
| 6/29 | GAS POS/B RED WIRE FEE | | 20.00 |
| 6/29 | GAS POS/B RED WIRE FEE | | 20.00 |
| 6/29 | GAS POS/D BRUSENSKI WIRE FEE | | 20.00 |
| 6/29 | GAS POS/T ALLEN WIRE FEE | | 20.00 |
| 6/29 | GAS POS/C ZHOU WIRE FEE | | 20.00 |
| 6/29 | GAS POS/T MOSLEY WIRE FEE | | 20.00 |
| 6/29 | GAS POS/D CAMPBELL WIRE FEE | | 20.00 |
| 6/29 | GAS POS/A SMITH WIRE FEE | | 20.00 |
| 6/29 | GAS POS/D CAMPBELL WIRE | | 1,576.16 |
| 6/29 | GAS POS/D BRUSENSKI WIRE | | 1,586.69 |
| 6/29 | GAS POS/B RED WIRE | | 1,976.50 |
| 6/29 | GAS POS/C ZHOU WIRE | | 2,042.31 |
| 6/29 | GAS POS/M SMITH WIRE | | 2,866.10 |
| 6/29 | GAS POS/T MOSLEY WIRE | | 3,013.34 |
| 6/29 | GAS POS/N NEMECHECK WIRE | | 4,060.70 |
| 6/29 | GAS POS/T ALLEN WIRE | | 4,200.79 |
| 6/29 | GAS POS/M ALASSAD WIRE | | 4,346.96 |
| 6/29 | GAS POS/K RALPH WIRE | | 5,357.26 |
| 6/29 | GAS POS/A SMITH WIRE | | 15,000.00 |
| 6/29 | IRS/USATAXPYMT GAS POS INC | | 99,046.38 |
| 6/30 | SC Electronic Statement Fee | | 2.00 |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/17 | | 2,065.00 | | | | | | |

* indicates a break in check number sequence

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 113,760.44 | 6/12 | 119,598.43 | 6/18 | 201,929.62 |
| 6/03 | 111,701.37 | 6/15 | 120,395.43 | 6/25 | 202,043.70 |
| 6/08 | 112,825.57 | 6/16 | 71,753.62 | 6/29 | 55,630.51 |
| 6/10 | 118,781.43 | 6/17 | 74,203.98 | 6/30 | 55,628.51 |

## 6 SIMPLE STEPS TO BALANCE YOUR CHECKBOOK TO YOUR STATEMENT

| | | |
|---|---|---|
| **1** | Enter the "CURRENT BALANCE" shown on the front of this statement. | |
| **2** | ADD any deposits or any other funds added to your account for any reason, which are not listed in the "MISCELLANEOUS DEBITS AND CREDIT" section on the front of this statement. | |
| **3** | SUBTOTAL all the above amounts. | |
| **4** | In the column to the far right, list any checks which you have written but which do not appear in the "CHECKS POSTED" section on the front of this statement. SUBTRACT this total from the subtotal above. | |
| **5** | SUBTRACT any other funds deducted from your account for any reason, which are not listed in the "MISCELLANEOUS DEBITS AND CREDITS" section on the front of this statement. | |
| **6** | TOTAL all the above amounts. This total should agree to your checkbook balance. | |

| Check No. | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

If this total does not agree to your checkbook balance, follow these steps:

A. Check the addition and/or subtraction above.
B. Check the addition and/or subtraction in your checkbook.
C. Make sure that any figures transferred from your checkbook onto this form are the same.
D. Make sure that you did not write any checks which were not listed in your checkbook.
E. Compare the check images to the entries appearing in the "checks posted" section on the front of this statement to ensure that they have been properly charged.
F. Make sure that your calculations included all service charges, check charges, or adjustments to your account.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**. You must exercise reasonable care in reviewing your statement and reasonable promptness in notifying us of any discrepancies, such as alterations, forged or unauthorized signatures, even if by the same wrongdoer. If you fail to notify us of any discrepancies with reasonable promptness, your right to assert such discrepancies will be barred or limited to the extent permitted by law. For Consumer Accounts, reasonable promptness will not exist if you fail to notify us within 30 days after we mail or otherwise make the statement available to you. However, if the discrepancy is the result of an electronic fund transfer; the provisions of the Electronic Funds Transfer Disclosure will control its resolution. Business Accounts should check their account transactions daily, for which various online services are available. The owners / authorized individuals of those business accounts must settle **ALL** unauthorized transactions or errors no later than the business day (business days are Monday through Friday excluding holidays) following the date of the item posting in order for the unauthorized transaction to be returned. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**
Telephone us at 870-460-6400 or 870-226-2035 OR write us at: Union Bank, PO Box 270, Monticello AR 71657-0270
Notify us as soon as possible if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We MUST hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Your notification must include: (1) Your name and account number, (2) Describe the error or the transfer in question and explain clearly why you believe it to be an error and (3) The dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have access to the funds during the time it takes us to complete our investigation. The provisions in this paragraph do not apply to business or other non-personal accounts.

**FOR DIRECT DEPOSITS**
For information on preauthorized deposits please call us at 870-460-6400 or 870-226-2035.